IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

**ROYLANDO SANTIAGO, III,** :
    **Plaintiff,** :
         :
**v.** :      **CIVIL ACTION NO. 18-CV-367**
         :
**PHILADELPHIA CITY, U.S.A.,** *et al.*, :
    **Defendants.** :

## ORDER

AND NOW, this 9th day of May, 2018, upon consideration of Plaintiff Roylando Santiago, III's Motion to Proceed *In Forma Pauperis* (ECF No. 4), Prisoner Trust Fund Account Statement (ECF No. 5), and Amended Complaint (ECF No. 6), it is **ORDERED** that:

1. The Court's March 12, 2018 Order (ECF No. 3) dismissing this case for failure to prosecute is **VACATED**.

2. Leave to proceed *in forma pauperis* is **GRANTED**.

3. Santiago, #864379, shall pay the full filing fee of $350 in installments, pursuant to 28 U.S.C. § 1915(b). Based on the financial information provided by Santiago, an initial partial filing fee of $24.13 is assessed. The Warden or other appropriate official at the Curran-Fromhold Correctional Facility or at any other prison at which Santiago may be incarcerated is directed to deduct $24.13 from Santiago's inmate trust fund account, when such funds become available, and forward that amount to the Clerk of the United States District Court for the Eastern District of Pennsylvania, 601 Market Street, Room 2609, Philadelphia, PA 19106, to be credited to Civil Action No. 18-367. After the initial partial filing fee is collected and until the full filing fee is paid, the Warden or other appropriate official at the Curran-Fromhold Correctional Facility or at any other prison at which Santiago may be incarcerated, shall deduct

from Santiago's account, each time that Santiago's inmate trust fund account exceeds $10, an amount no greater than 20 percent of the money credited to his account during the preceding month and forward that amount to the Clerk of Court at the address provided above to be credited to Civil Action No. 18-1737.

4. The Clerk of Court is directed to **SEND** a copy of this order to the Warden of the Curran-Fromhold Correctional Facility.

5. The Amended Complaint is **DISMISSED** with prejudice as frivolous, pursuant to 28 U.S.C. § 1915(e)(2)(B)(i), for the reasons stated in the Court's Memorandum.

6. The Clerk of Court shall **CLOSE** this case.

                **BY THE COURT:**

                */s/ Gerald J. Pappert*
                **GERALD J. PAPPERT, J.**